UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STACY THOMAS, individually and on behalf of all other persons similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>CAPITAL RESORTS GROUP, LLC,<br><br>*Defendant*. | Case No. 3:18-cv-00494-PLR-HBG<br><br>**NOTICE OF DISMISSAL** |

## VOLUNTARY NOTICE OF DISMISSAL

PLAINTIFF HEREBY GIVES NOTICE, that the claims of Plaintiff Stacy Thomas shall be voluntarily dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: February 26, 2018

s/ Michael A. Johnson
John J. Griffin, Jr. (#15446)
Michael A. Johnson (#30210)
KAY GRIFFIN, PLLC
222 Second Ave. North, Suite 340-M
Nashville, TN 37201
(615) 742-4800 (phone)
(615) 742-4801 (fax)
john.griffin@kaygriffin.com
michael.johnson@kaygriffin.com

W. Craft Hughes—craft@hughesellzey.com
Texas Bar No. 24046123
Jarrett L. Ellzey—jarrett@hughesellzey.com
Texas Bar No. 24040864
HUGHES ELLZEY, LLP
1105 Milford Street
Houston, TX 77006
Phone: (713) 554-2377
Fax: (888) 995-3335
*(Pro Hac Vice)*

*Counsel for Plaintiff and the Proposed Class*